1  PHILLIP A. TALBERT
   United States Attorney
2  ROGER YANG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

**FILED**

**Sep 21, 2023**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

6  Attorneys for Plaintiff
   United States of America
7

8                  IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          CASE NO.    2:23-cr-0240 DJC

12                      Plaintiff,     18 U.S.C. § 2252(a)(2) – Receipt of Child
                                       Pornography; 18 U.S.C. § 2252(a)(4)(B) – Possession
13              v.                     of Child Pornography; 18 U.S.C. § 922(g)(1) – Felon
                                       in Possession of Ammunition (2 counts); 18 U.S.C.
14  STEVEN TYLER SHAY,                 § 922(g)(1) – Felon in Possession of Firearm;
                                       26 U.S.C. § 5861(d) – Possession of an Unregistered
15                      Defendant.     Firearm (5 counts); 18 U.S.C. § 2253(a), 18 U.S.C.
                                       § 924(d)(1), 26 U.S.C. § 5872, 28 U.S.C. § 2461(c),
16                                     and 49 U.S.C. § 80303 – Criminal Forfeiture

17

18                            I N D I C T M E N T

19  <u>COUNT ONE</u>: [18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography]

20         The Grand Jury charges: T H A T

21                        STEVEN TYLER SHAY,

22  defendant herein, between on or about February 5, 2021, and on or about September 30, 2021, in the

23  County of Sacramento, State and Eastern District of California, did knowingly receive one or more

24  visual depictions, using a means and facility of interstate and foreign commerce and which was mailed,

25  shipped, and transported in and affecting interstate and foreign commerce, and which contained

26  materials which had been shipped and transported, by any means including by computer, where the

27  production of such visual depiction involved the use of a minor engaging in sexually explicit conduct,

28  and such visual depiction is of such conduct as defined in Title 18, United States Code, Section 2256(2),

INDICTMENT                                 1

1  to wit: files on defendant's Samsung Phone, files in the defendant's Dropbox account, files in the

2  defendant's Google Drive accounts, and files in the defendant's Microsoft OneDrive account, all in

3  violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1).

4  COUNT TWO:  [18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography]

5      The Grand Jury further charges: T H A T

6                    STEVEN TYLER SHAY,

7  defendant herein, on or about October 10, 2021, in the County of Sacramento, State and Eastern District

8  of California, did knowingly  possess one or more matters which contained a visual depiction, that had

9  been mailed, shipped, and transported using any means and facility of interstate and foreign commerce

10  and in and affecting interstate and foreign commerce, and which was produced using materials which

11  had been mailed and so shipped and transported, by any means including by computer, where the

12  production of such visual depiction involved the use of a minor engaging in sexually explicit conduct,

13  and such visual depiction was of such conduct as defined in Title 18, United States Code, Section

14  2256(2), to wit: files on his iPhone X containing visual depictions of prepubescent minors engaged in

15  sexually explicit conduct, all in violation of Title 18, United States Code, Section 2252(a)(4)(B) and

16  (b)(2).

17  COUNTS THREE AND FOUR:  [18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition]

18      The Grand Jury further charges: T H A T

19                    STEVEN TYLER SHAY,

20  defendant herein, on or about the dates stated below, in the counties stated below, State and Eastern

21  District of California, knowing that he had been convicted of a crime punishable by a term of

22  imprisonment exceeding one year, specifically:

23      (1) Attempted Grand Theft, in violation of California Penal Code Sections 664 and 487(a), on or
24      about July 24, 2006, in Riverside County;

25      (2) Receipt of Stolen Vehicle, in violation of California Penal Code Section 496d(a), on or about
26      August 4, 2011, in Sacramento County;

27      (3) Receipt of Stolen Vehicle, in violation of California Penal Code Section 496d(a), on or about
28      June 4, 2012; and

(4) Assault with a Deadly Weapon, in violation of California Penal Code Section 245(a)(1), on or about June 14, 2013, in Sacramento County;

did knowingly possess ammunition, in and affecting commerce, in that said ammunition had previously been transported in interstate and foreign commerce, as follows:

| Count | Date | County | Ammunition |
|---|---|---|---|
| 3 | August 20, 2021 | El Dorado County | 1 WIN 9mm Luger round, 1 Blazer 9mm Luger round, 1 S&B 9x19 (15) round, and 7 Tulammo 9mm Luger rounds in a magazine found loaded in an unserialized firearm (10 rounds total); 7 WIN 9mm rounds, 1 S&B 9x19 (20) round, 1 S&B 9x19 (14) round, 1 S&B 9x19 (10) round, 9 Blazer 9mm Luger rounds, 10 FC 9mm Luger rounds, 2 WMA 19 rounds, 1 WMA 18 round, 8 R-P 9mm Luger rounds, 4 G.F.L. 9mm Luger rounds, 1 PPU 9mm Luger round, 1 MEN 17 9x19 round, 1 PMC 9mm Luger round, 1 Perfecta 9mm Luger round, and 2 Speer 9mm Luger rounds found in a prescription bottle (50 rounds total). |
| 4 | January 12, 2022 | Sacramento County | 1 Nobel Sport 12 gauge shell and 2 Federal 20 gauge shells. |

all in violation of Title 18, United States Code, Section 922(g)(1).

COUNT FIVE:  [18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm]

The Grand Jury further charges: T H A T

STEVEN TYLER SHAY,

defendant herein, between on or about October 2, 2021, and on or about January 12, 2022, in the County of Sacramento, State and Eastern District of California, knowing that he had been convicted of a crime punishable by a term of imprisonment exceeding one year, specifically:

(1) Attempted Grand Theft, in violation of California Penal Code Sections 664 and 487(a), on or about July 24, 2006, in Riverside County;

(2) Receipt of Stolen Vehicle, in violation of California Penal Code Section 496d(a), on or about

August 4, 2011, in Sacramento County;

(3) Receipt of Stolen Vehicle, in violation of California Penal Code Section 496d(a), on or about June 4, 2012; and

(4) Assault with a Deadly Weapon, in violation of California Penal Code Section 245(a)(1), on or about June 14, 2013, in Sacramento County;

did knowingly possess at least one firearm, specifically, a Beretta shotgun with a sawed off barrel with serial number Z15039S, and a Browning shotgun with serial number 330358, in and affecting commerce, in that said firearms had previously been transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

COUNTS SIX THROUGH NINE:  [26 U.S.C. § 5861(d) – Possession of an Unregistered Firearm]

The Grand Jury further charges: T H A T

STEVEN TYLER SHAY,

defendant herein, on or about October 10, 2021, in Sacramento County, State and Eastern District of California, did knowingly possess a firearm, as defined in Title 26, United States Code, Section 5845(a)(7), that was not registered to him in the National Firearms Registration and Transfer Record, as identified more fully below:

| Count | Item | Serial Number |
|-------|------|---------------|
| 6 | Black silencer, located in a plastic bag | None |
| 7 | Black silencer, located in a plastic bag | None |
| 8 | Black silencer, located in a camouflage duffel bag | None |
| 9 | Black silencer, located in a camouflage duffel bag | None |

all in violation of Title 26, United States Code, Section 5861(d).

COUNT TEN:  [26 U.S.C. § 5861(d) – Possession of an Unregistered Firearm]

The Grand Jury further charges: T H A T

STEVEN TYLER SHAY,

defendant herein, on or about January 12, 2022, in Sacramento County, State and Eastern District of

California, did knowingly possess a firearm, as defined in Title 26, United States Code, Sections 5845(a)(2), that was not registered to him in the National Firearms Registration and Transfer Record, to wit: a Beretta shotgun with a sawed-off barrel, S/N Z15039S, all in violation of Title 26, United States Code, Section 5861(d).

FORFEITURE ALLEGATION:  [18 U.S.C. § 2253(a), 18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, 28 U.S.C. § 2461(c), and 49 U.S.C. § 80303 – Criminal Forfeiture]

1.      Upon conviction of one or more of the offenses alleged in Counts One and Two of this Indictment, defendant STEVEN TYLER SHAY shall forfeit to the United States pursuant to 18 U.S.C. § 2253(a), any and all matter which contains visual depictions produced, transported, mailed, shipped or received in violation thereof; any property, real or personal, constituting or traceable to gross profits or other proceeds the defendant obtained as a result of said violations; and any property, real or personal, used or intended to be used to commit and to promote the commission of such violations, or any property traceable to such property, including but not limited to:

      a.     Samsung Galaxy A02S Phone, IMEI 350603976347507,
      b.     Toshiba Satellite A665-S5170 laptop, Serial Number: 2B307359K with Toshiba 640GB HDD, Serial Number Z00F15WS,
      c.     iPhone 6, IMEI: 358372065269855,
      d.     iPhone X, Serial Number: G6TW27ZNJCLG, and
      e.     Samsung Galaxy A12 cell phone, IMEI: 3550691735.

2.      Upon conviction of one or more of the offenses alleged in Counts Three through Five of this Indictment, defendant STEVEN TYLER SHAY shall forfeit to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offenses.

3.      Upon conviction of the offenses alleged in Counts Six through Ten of this Indictment, defendant STEVEN TYLER SHAY shall forfeit to the United States pursuant to 26 U.S.C. § 5872, 28 U.S.C. § 2461(c), and 49 U.S.C. § 80303, any firearms involved in the commission of the offenses; any property used or intended to be used in the commission of the offenses; and any aircraft, vehicle, or vessel involved in the commission of the offenses.

4.      If any property subject to forfeiture as a result of the offenses alleged in Counts One through Ten of this Indictment, for which defendant is convicted:

1      a.      cannot be located upon the exercise of due diligence;

2      b.      has been transferred or sold to, or deposited with, a third party;

3      c.      has been placed beyond the jurisdiction of the Court;

4      d.      has been substantially diminished in value; or

5      e.      has been commingled with other property which cannot be divided without

6              difficulty;

7  it is the intent of the United States, pursuant to 18 U.S.C. § 2253(b) and 28 U.S.C. § 2461(c),

8  incorporating 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant, up to the

9  value of the property subject to forfeiture.

10                                                      A TRUE BILL.

11                                                      **/s/ Signature on file w/AUSA**

12

13

14  _____                         _____

    PHILLIP A. TALBERT                                  FOREPERSON

15  United States Attorney

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT                                    6

No. _ _ _ _ _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA
*vs.*

STEVEN TYLER SHAY

## I N D I C T M E N T

**VIOLATION(S):**    18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography;
18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography;
18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition (2 counts);
18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm;
26 U.S.C. § 5861(d) – Possession of an Unregistered Firearm (5 counts);
18 U.S.C. § 2253(a), 18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, 28 U.S.C. §
2461(c), and 49 U.S.C. § 80303 – Criminal Forfeiture

*A true bill,*

### /s/ Signature on file w/AUSA

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Foreman.*

*Filed in open court this* _ _ _ _ **21st** _ _ _ _ _ _ _ _ *day*

*of* _ _ **September** _ _ _ _ _ _ _ _ _ , *A.D. 20* **23** _ _ _ _

_ _ _ _ _ _ _ /s/ Rachel Alvarez _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Clerk.*

*Bail, $* _ _ Bench warrant to issue;   Detention/bail TBD at initial appearance
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
U.S. Magistrate Judge

GPO 863 525

**United States v. Steven Tyler Shay**
**Penalties for Indictment**

**Defendants**
**STEVEN TYLER SHAY**

| | |
|---|---|
| **COUNT 1:** | **STEVEN TYLER SHAY** |
| VIOLATION: | 18 U.S.C. § 2252(a)(2) - Receipt of Child Pornography |
| PENALTIES: | Maximum of up to 20 years in prison; or Fine of up to $250,000; or both fine and imprisonment.  Mandatory minimum of 5 years in prison.  Supervised release of at least 5 years up to life |
| SPECIAL ASSESSMENT: | $100 (mandatory on each count); $5,000 JVTA / § 3014 (mandatory if the defendant is not found to be indigent); $35,000 if defendant is not found to be indigent. |
| **COUNT 2:** | **STEVEN TYLER SHAY** |
| VIOLATION: | 18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography |
| PENALTIES: | Maximum of up to 20 years in prison; or Fine of up to $250,000; or both fine and imprisonment.  Supervised release of at least 5 years up to life |
| SPECIAL ASSESSMENT: | $100 (mandatory on each count); $5,000 JVTA / § 3014 (mandatory if the defendant is not found to be indigent); $17,000 if defendant is not found to be indigent. |
| **COUNTS 3-5:** | **STEVEN TYLER SHAY** |
| VIOLATION: | 18 U.S.C. § 922(g)(1) - Felon in possession of firearm / ammunition |
| PENALTIES: | A maximum of 10 years in prison; A fine of up to $250,000; or both fine and imprisonment; and A term of supervised release of up to three years. |
| SPECIAL ASSESSMENT: | $100 (mandatory) |
| **COUNTS 6-10:** | **STEVEN TYLER SHAY** |
| VIOLATION: | 26 U.S.C. § 5861(d) - Possession of an unregistered firearm |
| PENALTIES: | Maximum of 10 years in prison, Fine of up to $250,000; or both fine and imprisonment Up to a three-year term of supervised release |

27

SPECIAL ASSESSMENT:    $100 (mandatory on each count)

**FORFEITURE ALLEGATION:    STEVEN TYLER SHAY**

VIOLATION:           18 U.S.C. § 2253(a), 18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, 28 U.S.C. §
                     2461(c), and 49 U.S.C. § 80303 – Criminal Forfeiture

PENALTIES:           As stated in the charging document